AO 442 (Rev. 11/11) Arrest Warrant

3771375

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   4:22-cr-00198-ALM-CAN-1 *SEALED* |
| | ) | |
| | ) | |
| Clinton Earl Daniels | ) | |
| | ) | |
| *Defendant* | ) | |

**RECEIVED**
**EASTERN DISTRICT OF TEXAS**
10:45 am Aug 15, 2022

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*            Clinton Earl Daniels                                      ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 USC 846 - Conspiracy to Posses with Intent to Manufacture, Distribute and Dispense Cocaine

Date:    8/11/2022                                          _David A. O'Toole_
                                                                        *Issuing officer's signature*

City and state:    Sherman, TX                          David A. O'Toole, Clerk Eastern District of Texas
                                                                        *Printed name and title*

| Return | | |
|---|---|---|
| This warrant was received on *(date)*  08/11/2022  , and the person was arrested on *(date)*  09/24/2022 at *(city and state)*   Charlottesville, VA   . | | |

Date:   09/26/2022

PHILIP SYMS   Digitally signed by PHILIP SYMS
Date: 2022.09.26 08:19:16 -04'00'
*Arresting officer's signature*

SDUSM Philip Syms
*Printed name and title*